UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

ALICE BERGER, :
:
           Plaintiff, :
:
           v. : No. 5:16-cv-06557
:
COMMONWEALTH OF PENNSYLVANIA :
DEPARTMENT OF TRANSPORTATION, :
:
           Defendant. :

**O R D E R**

**AND NOW**, this 12th day of June, 2018, upon consideration of Defendant's Motion for Summary Judgment, ECF No. 32, and for the reasons set forth in the Opinion issued this date, it is **ORDERED** that:

1. Defendant's Motion, ECF No. 32, is **GRANTED**;

2. Judgment is **ENTERED** in favor of Defendant and against Plaintiff;

3. This case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge